# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that the Hon. James F. Holderman is presiding over MDL 2303 (11 C 9308, *In Re: Innovatio IP Ventures, LLC, Patent Litigation*); and

If further appearing the following cases fall within the scope of MDL 2303 and were randomly assigned,

| Case | | Judge |
|---|---|---|
| 15 C 2259 | *Innovatio IP Ventures, LLC v. Marvell Semiconducor Inc.* | St. Eve |
| 15 C 2262 | *Innovatio IP Ventures, LLC v. MediaTek USA Inc.* | Blakey |
| 15 C2269 | *Innovatio IP Ventures, LLC v. Realtek Semiconductor Corp.* | Gottschall |

IT IS HEREBY ORDERED That the Clerk is to reassign the above cases to Judge Holderman and designate Magistrate Judge Schenkier.

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this 19th day of March, 2015