## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Innovatio IP Ventures, LLC

                            Plaintiff,

v.                                            Case No.: 1:15–cv–02259
                                                         Honorable James F. Holderman

Marvell Semiconductor Inc

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 23, 2015:

       MINUTE entry before the Honorable Amy J. St. Eve: Joint status report deadline and status hearing set for 4/27/15 before Judge St. Eve are stricken. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.