## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Innovatio IP Ventures, LLC
                        Plaintiff,

v.                                         Case No.: 1:15−cv−02259
                                                  Honorable Elaine E. Bucklo

Marvell Semiconductor Inc
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 11, 2016:

      MINUTE entry before the Honorable Elaine E. Bucklo: Agreed Motion to dismiss with prejudice all claims and counterclaims by Marvell against Innovatio and by Innovatio against Marvell and without attorneys' fees, costs and expenses in case 15 C 2259 [1279] is granted (Filed in 11 C 9308). No appearance is required on 10/12/2016. Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.